IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 14-323-GAM |
| NAIM BUTLER | : |

### ORDER

AND NOW, to wit, this 1st day of October, 2015, upon consideration of the defendant's Motion to Join the MOTION TO DISMISS COUNT ONE [DOC 481], it is ORDERED that the Motion is **GRANTED**.

BY THE COURT:

_/s/ Gerald A. McHugh_
Hon. Gerald A. McHugh